IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KEVIN EPPERSON,<br><br>    Defendant Below-<br>    Appellant,<br><br>v.<br><br>STATE OF DELAWARE,<br><br>    Plaintiff Below-<br>    Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 334, 2017<br><br><br><br>Court Below—Superior Court<br>of the State of Delaware<br><br>Cr. ID 9408009291(N) |

Submitted: August 31, 2017
Decided: October 23, 2017

Before **STRINE**, Chief Justice; **SEITZ** and **TRAYNOR**, Justices.

**O R D E R**

This 23rd day of October 2017, upon consideration of the Court's 2006 Order enjoining appellant from filing in this Court without first seeking leave[1] and appellant's request for leave to file an appeal from the Superior Court's denial of his latest motion for postconviction relief, we find it clear that the claim Epperson seeks to raise is procedurally barred and frivolous. His appeal is not approved for filing.

NOW, THEREFORE, IT IS ORDERED that the Epperson's appeal papers are STRICKEN, and this matter is SUMMARILY DISMISSED.

BY THE COURT:

/s/ *Gary F. Traynor*
Justice

---

[1] *Epperson v. State*, 2006 WL 1547975 (Del. June 5, 2006).